IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

                                CASE NO. 09-07038 EAG

ANTONIO   QUINONES PADILLA          Chapter 13

SANDRA ENID UFRET CORDERO


XXX-XX-3132

XXX-XX-7587

                                 **FILED & ENTERED ON 05/02/2013**

             Debtor(s)

ORDER

     The motion to withdraw unclaimed funds in the amount of $4530.59 filed by Universal Coop Federal Credit Union (docket #38) is hereby denied for failure to comply with PR LBR 3011-1(b)(2)(B).

     IT IS SO ORDERED.

     In Ponce, Puerto Rico, this 2nd day of May, 2013.


                                Edward A Godoy
                            U.S. Bankruptcy Judge

C:   DEBTORS
     FREDERIC CHARDON DUBOS
     JOSE RAMON CARRION MORALES