## IN THE UNITED STATES BANKRUTPCY COURT
## FOR THE DISTRICT OF PUERTO RICO

In re:                                          CASE NO. 09-07038

Antonio Quiñones Padilla and                    Chapter 13
Sandra Enid Ufret Cordero

Debtor(s)

## AMENDMENT TO PETITION FOR PAYMENT OF UNCLAIMED FUNDS

**TO THE HONORABLE COURT:**

**NOW APPEARS** petitioner Dilks & Knopik, LLC, as attorney-in-fact of Universal Coop Federal Credit Union, claimant, SSN/EIN 66-0609013, PO Box 937, Calle Pimentel #14, Rio Grande, PR 00745, through the undersigned counsel and respectfully request pursuant to Puerto Rico Local Bankruptcy Rule 3011 (b), states that petitioner became entitled to receive $4,530.59 as distributions in the above-entitled case, and now appears on the records of this Court as the owner of said funds.  The amounts requested are being held in the Treasury of the United States as unclaimed funds.

Petitioner represents that it is entitled to receive the requested funds based upon Petitioner is the owner.

Petitioner submits with this petition the documentation attached in Exhibit A as proof of the Petitioner's identity and status, and the owner's claim entitlement.

Therefore, we inform the Court and the Trustee that Petitioner's postal address for the receipt of disbursement is the following: Universal Coop Federal Credit Union c/o Dilks & Knopik, LLC, 35308 SE Center St., Snoqualmie, WA 98065.

**WHEREFORE**, it is respectfully requested that the Court take notice of the foregoing and requests that it enter an order directing payment of the unclaimed funds to the Petitioner, in accordance with the documents and information submitted in support of this petition.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, on this 10th day of March, 2014.

**CERTIFICATION OF SERVICE**:

I hereby certify that the foregoing document has been electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record registered in the use of the CM/ECF system.

I hereby certify that on this date a true and correct copy has been served through regular mail to the debtor, debtor's attorney, the trustee, the United States Trustee and the United States Attorney at the addresses of record with this honorable Court if such are not registered in the use of the CM/ECF system.

**LOPEZ SANCHEZ PIRILLO & HYMOVITZ LLC**
*Attorney for Petitioner*
P. O. Box 11917
San Juan, Puerto Rico 00922-1917
Tel.: (787) 522-6776
Fax: (787) 522-6777
E-mail: mpirillo@lsphlaw.com


By: s/ Eugenio Martín Pirillo Favot
Eugenio Martín Pirillo Favot
USDC-PR No. 219214

USBCPR

Page 1 of 1

*Exhibit A*

# United States Bankruptcy Court
# District of Puerto Rico

## Unclaimed Funds Query

| Unclaimed Funds | | | |
|---|---|---|---|
| **Case Number:** | 09-07038 | **Total:** | 4530.59 |
| **Debtor Name:** | ANTONIO QUINONES PADILLA | **Paid:** | 0.00 |
| **First Name:** | **Middle Name:** | **Balance:** | 4530.59 |

| Creditors | | | |
|---|---|---|---|
| **Last Name** | **First Name** | **Amount** | **Paid** |
| COOP UNIVERSAL CREDIT UNION | | 458.59 | |
| COOP UNIVERSAL CREDIT UNION | | 3337.50 | |
| COOP UNIVERSAL CREDIT UNION | | 234.20 | |
| COOP UNIVERSAL CREDIT UNION | | 312.27 | |
| COOP UNIVERSAL CREDIT UNION | | 188.03 | |



**Universal Coop**
Federal Credit Union

Pimentel Núm. 14 • P.O. Box 937 • Río Grande, P.R. 00745
Tels. (787) 887-2195 • (787) 887-2655 • Fax (787) 887-5632

*5 de Enero de 2010*

Nombre:  *AntonioQuiñones Padilla*

Num. Socio : 309137

Dirección:  *Urb Salamanca Calle Malaga#62*
*San German, P.R.  00683*

### Balance de Cancelación valido hasta 5 de Enero de 2010

| | | |
|---|---|---|
| Balance Principal | $ | 6,639.35 |
| Intereses vencido | | 546.15 |
| Otros Costos | | -0- |
| Interes Diario | | 2.3647 |
| Balance | | 7,185.50 |
| Total Balance a Cancelar | $ | 7,185.50 |



Firma Autorizada

**NCUA**

Your savings federally insured to $250,000

National Credit Union Administration, a U.S.
Government Agency

Estimado Comerciante:

Adjunto, un nuevo Certificado de Registro de Comerciante que refleja las enmiendas solicitadas al Certificado de Registro original. Favor de:

1. Revisar que el nuevo Certificado refleje las enmiend según solicitadas.
2. Verificar la localidad para la cual se emite el nuevo Certificado.
3. Sustituir el Certificado original por el nuevo Certifica y destruir el Certificado original.

Este nuevo Certificado de Registro invalida cualquier Certificado emitido anteriormente.

Recuerde que tiene que exhibir su Certificado de Registro de Comerciante en un lugar visible de su negocio.

Es importante que en cualquier comunicación que envíe al Departamento referente al Impuesto sobre Ventas y Uso, incluya su nombre o el nombre de la entidad según aparece en el Certificado, el número de registro y el número de seguro social o cuenta patronal.

Para información adicional, puede visitar nuestra página de Internet en www.hacienda.gobierno.pr/ivu/ c enviar un correo electrónico a ivuconsultas@hacienda.gobierno.pr

Cordialmente,

Luis E. Rivera Aponte
Secretario Auxiliar Interino
Área de Rentas Internas

Ilbdlsdssldsdddd
5-DIGIT
UNIVERSAL COOP FEDERAL CREDIT UNION
PO BOX 937
RIO GRANDE PR 00745-0937

C-0000003

---

Modelo SC 2916
Rev. 14 sep 06

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
DEPARTAMENTO DE HACIENDA
## CERTIFICADO DE REGISTRO DE COMERCIANTE
0027767-0021
### NO RETIENE IMPUESTO

Nombre Localidad:

UNIVERSAL COOP FCU

CALLE DRIVE VEL. 112
SAN GERMAN PR 00683

Nombre Legal:

UNIVERSAL COOP FEDERAL CREDIT UNION

14 CALLE PIMENTEL
RIO GRANDE PR 00745-3057

C00324367

Código NAICS: 522110

Actividad Comercial: INSTITUCIONES FINANCIERAS, SEGUN DEFINIDAS EN LA SECCION 1024(F)(4) DEL COD

Tipo de Certificado: COMERCIANTE

Yo, Juan Carlos Puig, certifico que este comerciante está inscrito en el Registro de Comerciantes del Departamento de Hacienda.

Secretario de Hacienda

Este Certificado es intransferible y el mismo deberá exhibirse en todo momento en un lugar visible al público en la localidad arriba indicada.
00277670021002DE20

**Proof of Address**
Page ___1___ of ___1___



## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF PUERTO RICO

RE: Antonio Quinones Padilla & Sandra
Enid Ufret Cordero

       Debtor(s)

Case: 09-07038

**AUTHORITY TO ACT**
**Limited Power of Attorney**
**Limited to one Transaction**

### USED ONLY TO COLLECT FUNDS FROM THE ABOVE REFERENCED CASE

1. **Universal Coop Federal Credit Union** with a tax identification number of 66-0609013 _____, ("CLIENT"), appoints **Dilks & Knopik, LLC ("D&K")**, as its lawful attorney in fact for the limited purpose of recovering, receiving and obtaining information pertaining to the outstanding tender of funds in the amount of **$4,530.59** (the "FUNDS"), including the right to collect on CLIENT's behalf any such funds that are held by a governmental agency or authority.

2. CLIENT grants to D&K the authority to do all things legally permissible and reasonably necessary to recover or obtain the FUNDS held by the governmental agency or authority. This limited authority includes the right to receive all communications from the governmental agency or authority and to deposit checks payable to CLIENT for distribution of the FUNDS to CLIENT, less the fee payable to D&K pursuant to and in accordance with its agreement with CLIENT.

3. D&K may not make any expenditure or incur any costs or fees on behalf of CLIENT without CLIENT's prior written consent.

4. This Authority to Act shall become effective on the below signed date and shall expire upon collection of the aforementioned FUNDS. I authorize the use of a photocopy of this Limited Power of Attorney in lieu of the original.

_____
Bienvenido Guzman - Executive Manager

Date ___*April  12*___, 20*13*

Universal Coop
Federal Credit Union

**Bienvenido Guzmán Millán**
Gerente General

Calle Pimentel #14
Río Grande, PR 00745

Tel: 787-887-2195
787-887-2655
E-mail: bguzmanucf@hotmail.com

### ACKNOWLEDGMENT

*Affidavit no. ~5,375*

STATE OF *Puerto Rico* )

COUNTY OF *Río Grande* )

On this *12* day of ___*April*___, *2013*, before me, the undersigned Notary Public in and for the said County and State, personally appeared (name) Bienvenido Guzman known to me to be the person described in and who executed the foregoing instrument, and who acknowledged to me that (circle one) he/she did so freely and voluntarily and for the uses and purposes therein mentioned.

WITNESS my hand and official seal.

NOTARY PUBLIC _____

Residing at *Río Grande, P.R.* _____

My Commission expires *My Commission is for life.*